RECEIVED USMS D/MT
23 OCT '25 PM2:04

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW RAY TACK,<br><br>Defendant. | CR-25-47-M-DWM<br><br>**WARRANT FOR ARREST**<br><br><br>TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to arrest MATTHEW RAY TACK and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging MATTHEW RAY TACK with Production of Child Pornography, Transfer of Obscene Material to Minors, Penalties for Registered Sex Offenders, Receipt of Child Pornography, and Criminal Forfeiture in violation of Title 18 United States Code, Section 2251(a), (e), Title 18 United States Code, Section 1470, Title 18 United States Code, Section 2260A, Title 18 United States Code, Section 2252(a)(2), and Title 18 United States Code, Section 2253(a).

Assigned to: Brian C. Lowney

*Sarah Nagy*

Sarah Nagy, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

**BAIL FIXED AT NONE.**
Date of Issue: October 22, 2025

| RETURN | | |
|---|---|---|
| DATE RECEIVED: 10/23/2025 | LOCATION: Missoula | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 10/28/2025 | | Craig Anderson<br>UNITED STATES MARSHAL |
| LOCATION: Montana | | |
| By: Mark Thompson | Deputy U.S. Marshal | |