IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-47-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW RAY TACK, | |
| Defendant. | |

The United States has moved unopposed for a preliminary order of forfeiture. Defendant Matthew Ray Tack entered a plea of guilty that provides a factual basis and cause to issue a preliminary order of forfeiture under 18 U.S.C. § 2253(a) and Fed. R. Crim P. 32.2(b).

Accordingly, IT IS ORDERED:

THAT the United States' motion (Doc. 31) is GRANTED;

THAT Defendant Tack's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

   a. MSI Computer Corp. laptop, S/N: 1909N0035017, with charger cord;

   b. Motorola Edge cell phone with IMEI 350377181093533;

   c. Black iPhone, model 4s;

   d. Black Samsung phone with IMEI 353486110283920; and

1

e. EasyFlash 256 GB iPhone storage drive.

THAT the FBI, the United States Marshals Service, or a designated sub-custodian are directed to seize and/or maintain custody of the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 27th day of January, 2026.

*[signature]*
Donald W. Molloy, District Judge
United States District Court